**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Everett Kildare       JOINT DEBTOR: Debbie Kildare       CASE NO.: 14-11339-JKO
Last Four Digits of SS# 0405    Last Four Digits of SS# 6433

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 3,795.25 for months 1 to 60; in order to pay the following creditors:

Administrative:    Attorney's Fee $ 3,650 TOTAL PAID $ 2,500
                    Balance Due $ 1,150 payable $ 115/month (Months 1 to 10)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Green Tree Servicing LLC      Arrearage on Petition Date $ 73,919.59
Address: P.O. Box 6172      Arrears Payment $ 1,231.99/month (Months 1 to 60)
    Rapid City, SD 57709      Regular Payment $ 1,700.00 /month (Months 1 to 60)
Account No: 623001948

2. Ocwen Loan Servicing      Payoff on Petition Date $ 21,239.03 at 5.25% interest for a total payment of $24,194.63
Address: P.O. Box 9001719      Arrears Payment $ 403.24 /month (Months 1 to 60)
    Louisville, KY 40290
Account No: 812698166

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| NONE | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. NONE      Total Due $_____
                 Payable $_____/month (Months __ to __) Regular Payment $_____

Unsecured Creditors: Pay $ 115.00 /month (Months 11 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors are current with creditors Sunset Lakes Master Association, Carmax auto finance and Wells Fargo and will continue to pay them directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.                /s/ Robert Sanchez, Esq.
Attorney for the Debtor                   Attorney for the Joint Debtor
Date: 3-14-14                            Date: 3-14-14

LF-31 (rev. 01/08/10)